UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED

NOV 03 2021

Clerk, U.S. Bankruptcy,
Orlando Division

In re:
6:21-ap-00142-KSJ

Dennis Kennedy, Trustee

Case No. 6:18-bk-06821 - KSJ
Case No. 6:20-bk-01801 - KSJ

**Plaintiff**
_____/

Anna Juravin, Pro Se

**Defendant**
_____/

## NOTICE OF FAILURE TO SERVE

This is to provide notice that I have not been served the Summons and Complaint in the above-captioned matter. I am filing this Notice, without formal entry of appearance, reserving all rights, and for the limited purpose of objecting to any claim of service of process in this case.

Anna Juravin