UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION



FILED

DEC 01 2021

Clerk, U.S. Bankruptcy,
Orlando Division

In re:
6:21-ap-00142-KSJ

Dennis Kennedy, Trustee

Case No. 6:18-bk-06821 - KSJ
Case No. 6:20-bk-01801 - KSJ

    Plaintiff
_____/

United Medical Group International Inc.,
Anna Juravin
Pro Se

    Defendants
_____/

## ANSWER BY WAY OF OBJECTION TO MOTION FOR DEFAULT
## COUNTER MOTION OBJECTING TO ENTRY OF DEFAULT FOR ALLEGED FAILURE TO FILE RESPONSIVE PLEADING TO ADVERSARY COMPLAINT

Anna Juravin, a Non-Debtor party, and on behalf of United Medical Group International, Inc and hereby OBJECTS TO THE ENTRY OF DEFAULT, for failure to file a responsive pleading to the Adversary Complaint: **6:21-ap-00142-KSJ**

I have previously filed an objection of record stating that Service of the Summons and Complaint was never effectuated properly, and that I never received the Summons and Complaint by first class mail, or otherwise, either addressed to me individually or as agent for United Medical Group International, Inc. I am not represented by any attorney in this matter.

In the event the court thinks that sending a mail without me receiving it, I have no choice but to ask for a 90 days extension. I have no legal representation, I am unemployed and I need time to find an attorney that will be willing to do Pro Bono work. I am asking the court and the Plaintiff for understanding as I am filing PRO SE, I am not an attorney and for the most part I am using templates. United Medical Group International, Inc will file a response by counsel within 7 days.

Adversary counsel has indicated that my prior filing with the court on this precise point was not a responsive pleading. I DISAGREE. Let this pleading FURTHER serve as a responsive pleading, by way of Motion to Dismiss the Complaint for failure to serve timely OR EFFECTIVELY or by way of Counter Motion Objecting to the Sufficiency of Service.

I AM PRESENTLY NOT UNDER THE JURISDICTION OF THIS BANKRUPTCY COURT. AS SUCH I DO NOT CONSENT TO ENTRY OF FINAL ORDERS OR JUDGMENTS BY THE BANKRUPTCY COURT.

Dated: November 30, 2021          _____
                                  Anna Juravin

## Certificate of Service

A copy of this Motion is being sent to all parties of record on the service list including the Trustee and US Trustee via ECF this 30th day of November, 2021.

_____
Anna Juravin